IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH H. HARRIS, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 12-476 |
| | ) |
| | ) U.S. District Judge Arthur J. Schwab |
| | ) Magistrate Judge Maureen P. Kelly |
| | ) |
| DOCTOR VIKRAMJIT SINGH; | ) |
| DOCTOR REBECCA COLLINS, | ) |
| Defendants. | ) |

## **O R D E R**

AND NOW, this 9th day of November, 2012, after Plaintiff, Joseph H. Harris, filed an action in the above-captioned case, and after a Motion to Dismiss for Failure to State a Claim was filed by Defendant Vikramjit Singh, M.D., and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties until November 9, 2012, to file written objections thereto, and upon consideration of the objections filed by Plaintiff (doc. no. 13), which are without merit, and the response to those objections filed by Defendant Singh (doc. no. 14), and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Motion to Dismiss [4] filed by Defendant Vikramjit Singh, M.D. is GRANTED.

s/ Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc:   Honorable Maureen P. Kelly
      United States Magistrate Judge

Joseph H. Harris
230 N. Aiken Avenue
Pittsburgh, PA 15206

All Counsel of Record by electronic filing