IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH H. HARRIS, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 12-476 |
| | ) | |
| | ) | U.S. District Judge Arthur J. Schwab |
| | ) | Magistrate Judge Maureen P. Kelly |
| DOCTOR REBECCA COLLINS, | ) | |
| Defendant. | ) | |

## **O R D E R**

AND NOW, this 28th day of January, 2013, after the Plaintiff, Joseph H. Harris, filed an action in the above-captioned case, and after an Amended Motion to Dismiss was filed by Defendant, Doctor Rebecca Collins, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties until January 28, 2013, to file written objections thereto, upon consideration of the objections filed by plaintiff on January 22, 2013 which are without merit, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Amended Motion to Dismiss [21] is GRANTED.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court,

at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

                                                         s/   Arthur J. Schwab
                                                         ARTHUR J. SCHWAB
                                                         United States District Judge

cc:      Honorable Maureen P. Kelly
          United States Magistrate Judge

          Joseph H. Harris
          230 N. Aiken Avenue
          Pittsburgh, PA 15206

          All Counsel of Record by electronic filing